**William Oscar HARRIS,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2014–5005.

United States Court of Appeals,
Federal Circuit.

June 4, 2014.

Reconsideration Denied Aug. 7, 2014.

William Oscar Harris, FCI–THA, Terre Haute, TN, for Plaintiff–Appellant.

Joseph Ashman, Trial Attorney, Department of Justice, Washington, DC, for Defendant–Appellee.

**ON MOTION**

**ORDER**

PER CURIAM.

William Oscar Harris moves for leave to proceed in forma pauperis.

Harris is currently incarcerated. Pursuant to the Prison Litigation Reform Act (PLRA), a prisoner is barred from proceeding in forma pauperis if three or more prior actions or appeals have been dismissed as frivolous or malicious or for failure to state a claim:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The court notes that three or more actions or appeals filed by Harris have been dismissed as frivolous, as malicious, or for failure to state a claim. *See Harris v. United States,* No. 1:13–cv–00879–UNA (D.D.C. June 11, 2013); *Harris v. United States,* No. 2:13–cv–214–WTL–MJD (S.D.Ind. July 15, 2013); *Harris v. Fed. Bureau of Prisons,* No. 1:13–cv–01144–UNA (D.D.C. July 29, 2013). Moreover, Harris has not suggested that he is in imminent danger of serious physical injury.

Accordingly,

IT IS ORDERED THAT:

If Harris does not pay the $455 filing fee within 30 days of the date of this order, his appeal will be dismissed.